Michelle L. Cannon, SBN 172680
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor

Sacramento, California 95814
(916) 321-4500

## UNITED STATES DISTRICT COURT
## EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| E.W., a minor, By and Through C.W., His Guardian Ad Litem, | CASE NUMBER: |
|---|---|
| | CIV. S-05-00194 MCD DAD |
| v.                                   Plaintiff(s) | |
| ROCKLIN UNIFIED SCHOOL DISTRICT and PLACER COUNTY OFFICE OF EDUCATION, | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

PLACER COUNTY OFFICE OF EDUCATION      [ ] Plaintiff  [X] Defendant  [ ] Other _____
           *Name of Party*

hereby substitutes KRONICK MOSKOVITZ TIEDEMANN & GIRARD _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   400 Capitol Mall, 27th Floor
                                                                  *Street Address*

Sacramento, CA 95814           (916) 321-4500     (916) 321-4555   _____
*City, State, Zip Code*        *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of GIRARD & VINSON, LLP
                                                 *Present Attorney*

Dated: 10/23/05                          _____
                                         *Signature of Party*
                                         Bud Nobili, Superintendent

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10/14/05                          _____
                                         *Signature of Present Attorney*
                                         Christian M. Keiner

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 10/31/05                          _____
                                         *Signature of New Attorney*
                                         Michelle L. Cannon

Substitution of Attorney is hereby  [✓] Approved.   [ ] Denied.

Dated: NOV -7 2005                       _____
                                         United States District Judge / Magistrate Judge
                                         MORRISON C. ENGLAND, JR.

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                         CCD-01