Michelle L. Cannon, SBN 172680
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor

Sacramento, California 95814
(916) 321-4500

## UNITED STATES DISTRICT COURT
### EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.W., a minor, By and Through C.W., His Guardian Ad Litem, | CASE NUMBER:<br><br>CIV. S-05-00194 MCD DAD |
| Plaintiff(s)<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT and PLACER COUNTY OFFICE OF EDUCATION, | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

ROCKLIN UNIFIED SCHOOL DISTRICT       [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes KRONICK MOSKOVITZ TIEDEMANN & GIRARD _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  400 Capitol Mall, 27th Floor
*Street Address*

Sacramento, CA 95814       (916) 321-4500   (916) 321-4555 _____
*City, State, Zip Code*          *Telephone Number*      *Facsimile Number*       *State Bar Number*

as attorney of record in the place and stead of GIRARD & VINSON, LLP _____
*Present Attorney*

Dated: 10/24/05 _____

_____
*Signature of Party*

Kevin Brown, Superintendent

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10|14|05 _____

_____
*Signature of Present Attorney*

Christian M. Keiner

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 10/31/05 _____

_____
*Signature of New Attorney*

Michelle L. Cannon

Substitution of Attorney is hereby  [/] Approved.  [ ] Denied.

Dated: NOV - 7 2005 _____

_____
**United States District Judge / Magistrate Judge**
**MORRISON C. ENGLAND, JR.**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 CCD-G1