1   MICHELLE L. CANNON, State Bar No. 172680
    MARCY L. GUTIERREZ, State Bar No. 214224
2   EMILY E. SOARES, State Bar No. 232485
    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3   A Professional Corporation
    400 Capitol Mall, 27th Floor
4   Sacramento, CA  95814-4416
    Telephone: (916) 321-4500
5   Facsimile: (916) 321-4555

6   Attorneys for Defendant, ROCKLIN UNIFIED
    SCHOOL DISTRICT and PLACER COUNTY
7   OFFICE OF EDUCATION

8
    ROBERTA S. SAVAGE, State Bar No. 202940
9   ATTORNEY AT LAW
    221 G Street, Suite 207
10  Davis, CA  95616
    Telephone: (530) 753-4497
11  Facsimile: (530) 753-4498

12
    Attorneys for Plaintiff, E.W.
13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16  E.W., A minor, By and Through C.W.,          CASE NO. 2:05-cv-0194-MCE-DAD
    His Guardian Ad Litem,
17
                   Plaintiff,
18                                                **STIPULATION AND ORDER FOR**
          v.                                      **EXTENSION OF DEADLINE FOR**
19                                                **HEARING OF CROSS-MOTIONS FOR**
    ROCKLIN UNIFIED SCHOOL                        **SUMMARY JUDGMENT**
20  DISTRICT and PLACER COUNTY
    OFFICE OF EDUCATION,
21
                   Defendant.
22

23  TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE UNITED STATES

24  DISTRICT COURT:

25        IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff

26  E.W., a minor by and through C.W., his guardian ad litem, and counsel for Rocklin Unified

27  School District and Placer County Office of Education, that the deadline for hearing on

28
    826465.1
                                         -1-
                                  PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

1  dispositive motions in this case be extended and continued to June 19, 2006, at 9:00 a.m.

2      The parties request this extension on the basis that May 15, 2006, which is the last date to

3  hear dispositive motions pursuant to the Court's Scheduling Order of September 20, 2005, is no

4  longer available for law and motion on the Judge's calendar.  The only date prior to May 15,

5  2006, which is available is May 5, 2006.  The parties were just informed of this on April 10,

6  2006.  The parties' cross-motions for summary judgment are not yet ready to be filed with the

7  Court nor is there sufficient time to give the notice required under Local Rule 78-230.

8      The parties agree that appeals of administrative hearing decisions under the Individuals

9  with Disabilities Education Act are decided on summary judgment motions due to the fact that a

10  full administrative record exists from the underlying hearing.  Neither party requested that this

11  Court hear additional testimony or evidence.  There is no need for a trial in this matter, and

12  therefore, a short extension of time should not interfere with a timely determination of this matter.

13      Based upon the stipulation among the parties, subject to Court approval, the deadline for

14  dispositive motions shall be June 19, 2006 at 9:00 a.m., and the parties will adhere to the notice

15  timelines based upon a hearing date of June 19, 2006.  Because no trial date is needed, the parties

16  request that the final pretrial conference scheduled for August 14, 2006 and the trial date of

17  September 27, 2006 be vacated.

18  Dated:  April 12, 2006

19                          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                            A Professional Corporation
20

21
                            By _____/s/ Michelle L. Cannon_____
22                               Michelle L. Cannon,
                                 Attorney for Defendants
23

24
                            LAW OFFICES OF ROBERTA SAVAGE
25

26
    Dated:  April 12, 2006        By _____/s/ Roberta Savage_____
27                                   Roberta Savage,
                                     Attorney for Plaintiffs
28

-2-

ORDER

IT IS HEREBY ORDERED based upon the stipulation of the parties, and the court having considered the matter:

1.    The deadline for hearing dispositive motions shall be extended to June 19, 2006, at 9:00 a.m.

2.    The parties shall adhere to the notice requirements of Local Rule 78-230 based upon a hearing date of June 19, 2006.

3.    The Final pretrial conference of August 14, 2006 and trial date of September 27, 2006 shall be vacated.

Dated: April 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com